■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH HARVEY, Appellant. [987 NYS2d 175]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 26, 2000 (*People v Harvey*, 278 AD2d 511 [2000]), affirming two judgments of the County Court, Rockland County, both rendered December 22, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Hall, Sgroi and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENROY LONEY, Appellant. [987 NYS2d 187]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chun, J.), rendered January 17, 2013, convicting him of grand larceny in the fourth degree, upon his plea of guilty (Walsh, J.), and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Balkin, J.P., Roman, Sgroi and Miller, JJ., concur.